DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONALD REED,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D19-2314 & 4D19-2628

[December 26, 2019]

Consolidated appeal of order denying petition for writ of habeas corpus to the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 312001CF000299A.

Donald Reed, Blountstown, pro se.

Ashley Moody, Attorney General, Tallahassee, and Rachael Kaiman, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***